[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RECEIVED

NOV 1 4 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OCEANUS PERRY (#o#65754-061)

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

U.S.A.

_____

_____

_____

_____

23cv50414
Judge Iain D. Johnston
Magistrate Judge Lisa A. Jensen

(To be supplied by the Clerk of this Court)

Original Tort # TRT-NCR-2022-03593

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

F.T.C.A. § (28 § 2674; 28 § 2675(a); and 2401(b)); 28 USC § 2680(h) = Law Enforc. Privio.

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

    A.    Name: _U.S.A._

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.    Defendant: _____

        Title: _____

        Place of Employment: _____

    B.    Defendant: _____

        Title: _____

        Place of Employment: _____

    C.    Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: "*Oceanus Perry v. Vanessa Garcia, et al.*" 21-cv-50346

B. Approximate date of filing lawsuit: July, 2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ Oceanus Perry

D. List all defendants: ANDREW CJOLLI, JR.; GONZALES; TIMOTHY MOISANT; OFC. N. SIZZLER; UNKNOWN OFC.(s); NURSES (A. SIMCOX; C. BUNGARD; M. BERGMAN; K. MILLER; K. LETCHER; D. SWEENEY); etc. D. KRUGER ...

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S.D.C. (NORTHERN District Of Illinois, West Division)

F. Name of judge to whom case was assigned: Iain D. Johnston

G. Basic claim made: EXCESSIVE USE OF FORCE, DELIBERATE INDIFFERENCE (TO SERIOUS MEDICAL NEEDS).

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: N/A (above)

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.   Statement of Claim:** (CLAIM ORIGINATED AS F.T.C.A.) CLAIM CAN BE PROVEN USING CAMERA REVIEW, AFFIDAVITS (PREVIOUSLY FILED) AND STAFF DEPOSITIONS.

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 5/28/2021, I WAS SUBJECTED TO RETALIATORY CERT. (CELL EXTRACTION AND REMOVAL TEAM) EXECUTED BY LT. J. MARQUEZ, OFC (S) (A. SMITH, A. JONES, VENARD, AND UNKNOWN OFFICERS) WHICH OCCURRED AROUND 4:30 PM (ON 5/28/21). I WAS ESCORTED BY CERT. FROM MY ASSIGNED CELL #332, IN F-3 UNIT (SMU-THOMSON) TO THE CORRIDOR/ SALLYPORT OF F-UNIT WHERE S.I.S. (LT. J. WHALEN), LT. K. DUGDALE, AND NURSE A. SIMCOX WERE WAITING. IN THE CORRIDOR, LT. K. DUGDALE GAVE A HAND SIGNAL (LIFTING INDEX FINGER UP AND THEN DOWN) AT WHICH TIME CERT. MEMBERS (INCLUDING OFFICERS VENARD, A. SMITH, AND A. JONES) SLAMMED ME FACE-FIRST ONTO THE CONCRETE FLOOR AT WHICH TIME I CRACKED MY TEETH ON LEFT SIDE OF MY MOUTH AND ALSO RE-OPENED THE CUT OVER MY LEFT EYE (FROM 5/22/21 ASSAULT). THIS OCCURRED WHILE I WAS HANDCUFFED BEHIND MY BACK AND AT LEAST FIVE CERT. MEMBERS HOLDING MY HEAD (OFC. VENARD), ARMS, AND LEGS. NEXT, CERT. REMOVED MY BOXER SHORTS AND PLACED ME IN PAPER CLOTHING AT WHICH TIME, LT. K. DUGDALE AGAIN GAVE THE HAND SIGNAL AND CERT. STAFF SLAMMED ME ONTO THE CONCRETE FLOOR. AT WHICH TIME I HEARD A CRACKING NOISE FROM MY LEFT WRIST AND THEN

4                                                                    Revised 9/2007.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FELT A SHARP PAIN IN MY LEFT WRIST. LT. J. WHALEN AND ALSO ALT. J. MARQUES WITNESSED THESE EVENTS AND LT. J. MARQUEZ ATTEMPTED TO CONSEAL THE CALCULATED ASSAULT ON MY PERSON BY YELLING "PERRY! STOP RESISTING MY STAFF!" ALL WHILE A HAND-HELD CAMERA RECORDED THE EVENTS. NEXT, I WAS PLACED IN AMBULATORY RESTRAINTS AND THEN ALSO PLACED IN THE "PRO-STRAINT" RESTRAINT CHAIR. THEN, LT. K. DUGDALE INSTRUCTED LT. J. MARQUEZ TO PLACE MY WRISTS ON TOP OF THE RESTRAINT-CHAIR BUCKLES AND THEN APPLY THE CHAIR-RESTRAINT STRAPS ON TOP OF MY WRIST IN ORDER TO CAUSE PAIN AND STRESS-FRACTURES IN MY WRISTS. NEXT, I WAS WHEELED (IN THE CHAIR) TO CELL #322 WHERE I REMAINED IN THE CHAIR UNTIL APPROXIMATELY 7:30 THE NEXT MORNING (5/29/2021) WHEN I WAS RELEASED FROM THE CHAIR AND MOVED TO CELL #329 IN AMBULATORY RESTRAINTS. DURING MY TERM IN CELL #322 (IN RESTRAINT CHAIR, AROUND 5PM ON 5/28 TO 7:30 AM ON 5/29/21), I WAS REPEATEDLY ASSAULTED BY NURSES (C. WIEMERA AND V. GARCIA), BY LT. K. DUGDALE, AND BY OFFICERS (NAVARRO, A. GRUNWALD, M. GASTON, A. JONES, AND OTHER UNKNOWN OFFICERS). I WAS DENIED FOOD AND USE OF TOILET. LT. K. DUGDALE STATED "USE THE BATHROOM ON YOURSELF, THAT IS THE WHOLE PURPOSE OF THE CHAIR") I REPEATEDLY REQUESTED MEDICAL ATTENTION FOR INJURIES TO MY LEFT EYE, BROKEN TEETH, FRACTURED WRIST, ET CETERA. I WAS DENIED MEDICAL TREATMENT AND ORDERED TO "FILL-OUT A 'SICK-CALL' FORM ONCE OUT OF THE CHAIR". LT. K. DUGDALE STATED THAT I WOULD NOT HAVE BEEN IN THE CHAIR IF I HAD ASSAULTED INMATE (DEMONTRAY WARD) AS ORDERED BY LT. K. DUGDALE. ON 5/29/21, I WAS MOVED INTO CELL #319 WITH DEMONTRAY WARD.

*STATEMENT MADE UNDER PENALTY OF PERJURY (28 U.S.C. §1746).*

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(COMPENSATORY & PUNITIVE DAMAGES)

BENCH TRIAL (DEMANDED) AND $500,000.00 IN DAMAGES, ATTORNEY FEES, AND REFER EVIDENCE OF VIOLATION OF CRIMINAL STATUTES TO OFFICE OF INSPECTOR GENERAL (OF D.O.JUSTICE) AND ALSO OFFICE OF INTERNAL AFFAIRS (OF DEPT. OF JUSTICE) AS PART OF CRIMINAL INVESTIGATION(S) AND ULTIMATELY PROSECUTION(S).

## VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _5th_ day of _OCTOBER_, 20 _23_

_S) Oceanus Perry_
(Signature of plaintiff or plaintiffs)

_OCEANUS PERRY_
(Print name)

_# 65764-061_
(I.D. Number)
_U.S. PENITENTIARY - COLEMAN 1_

_P.O.BOX 1033_

_COLEMAN, FLORIDA 33521_
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]