[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

RECEIVED

NOV 1 4 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OCEANUS PERRY (4/o#65754-061)

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

U.S.A.

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

23cv50414
Judge Iain D. Johnston
Magistrate Judge Lisa A. Jensen

_____

(To be supplied by the Clerk of this Court)

Original Tort# TRT-NCR-2022-03593

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)**

F.T.C.A. §(28 §2674 ; 28 §2675(a) ; and 2401(b)) ; 28 USC §2680(h) = Law Enforc. Pruvio.
_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: _U.S.A._

B.  List all aliases: _____

C.  Prisoner identification number: _____

D.  Place of present confinement: _____

E.  Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.  Defendant: _____

Title: _____

Place of Employment: _____

B.  Defendant: _____

Title: _____

Place of Employment: _____

C.  Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed. according to the above format on a separate sheet of paper.)

2                                                   Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: "Oceanus Perry V. VANESSA GARCIA, et al." 21-cv-50346

B. Approximate date of filing lawsuit: July, 2021

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Oceanus Perry

D. List all defendants: ANDREW CJOLLI, JR.; GONZALES; TImoTHY MOISANT; OFC. N. SIZZLER; UNKNOWN OFC.(S); NURSES (A. SIMCOX; C. BUNGARD; M. BERGMAN; K. MILLER; K. LETCHER; D. SWEENEY); ETC. D. KRUGER...

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S.D.C. (NORTHERN District Of Illinois, West Division)

F. Name of judge to whom case was assigned: Iain D. Johnston

G. Basic claim made: EXCESSIVE Use OF FORCE, DELIBERATE INDIFFERENCE (To SERIOUS MEDICAL NEEDS).

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): PENDING

I. Approximate date of disposition: N/A (ABOVE)

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**IV.    Statement of Claim:** (CLAIM ORIGINATED AS F.T.C.A.)   CLAIM CAN BE PROVEN USING CAMERA REVIEW, AFFIDAVITS (PREVIOUSLY FILED) AND STAFF DEPOSITIONS.

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 5/28/2021, I WAS SUBJECTED TO RETALIATORY CERT. (CELL EXTRACTION AND REMOVAL TEAM) EXECUTED BY LT. J. MARQUEZ, OFC (s) (A. SMITH, A. JONES, VENARD, AND UNKNOWN OFFICERS) WHICH OCCURRED AROUND 4:30 PM (ON 5/28/21). I WAS ESCORTED BY CERT. FROM MY ASSIGNED CELL #332, IN F-3 UNIT (SMU-THOMSON) TO THE CORRIDOR/ SALLYPORT OF F-UNIT WHERE S.I.S. (LT. J. WHALEN), LT. K. DUGDALE, AND NURSE A. SIMCOX WERE WAITING. IN THE CORRIDOR, LT. K. DUGDALE GAVE A HAND SIGNAL (LIFTING INDEX FINGER UP AND THEN DOWN) AT WHICH TIME CERT. MEMBERS (INCLUDING OFFICERS VENARD, A. SMITH, AND A. JONES) SLAMMED ME FACE-FIRST ONTO THE CONCRETE FLOOR AT WHICH TIME I CRACKED MY TEETH ON LEFT SIDE OF MY MOUTH AND ALSO RE-OPENED THE CUT OVER MY LEFT EYE (FROM 5/22/21 ASSAULT). THIS OCCURRED WHILE I WAS HANDCUFFED BEHIND MY BACK AND AT LEAST FIVE CERT. MEMBERS HOLDING MY HEAD (OFC. VENARD), ARMS, AND LEGS. NEXT, CERT. REMOVED MY BOXER SHORTS AND PLACED ME IN PAPER CLOTHING AT WHICH TIME, LT. K. DUGDALE AGAIN GAVE THE HAND SIGNAL AND CERT. STAFF SLAMMED ME ONTO THE CONCRETE FLOOR. AT WHICH TIME I HEARD A CRACKING NOISE FROM MY LEFT WRIST AND THEN

4                                                                  Revised 9/2007.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

FELT A SHARP PAIN IN MY LEFT WRIST. LT. J. WHALEN AND ALSO LT. J. MARQUES WITNESSED THESE EVENTS AND LT. J. MARQUEZ ATTEMPTED TO CONSEAL THE CALCULATED ASSAULT ON MY PERSON BY YELLING "PERRY! STOP RESISTING MY STAFF!" ALL WHILE A HAND-HELD CAMERA RECORDED THE EVENTS. NEXT, I WAS PLACED IN AMBULATORY RESTRAINTS AND THEN ALSO PLACED IN THE "PRO-STRAINT" RESTRAINT CHAIR. THEN, LT. K. DUGDALE INSTRUCTED LT. J. MARQUEZ TO PLACE MY WRISTS ON TOP OF THE RESTRAINT-CHAIR BUCKLES AND THEN APPLY THE CHAIR-RESTRAINT STRAPS ON TOP OF MY WRIST IN ORDER TO CAUSE PAIN AND STRESS-FRACTURES IN MY WRISTS. NEXT, I WAS WHEELED (IN THE CHAIR) TO CELL #322 WHERE I REMAINED IN THE CHAIR UNTIL APPROXIMATELY 7:30 THE NEXT MORNING (5/29/2021) WHEN I WAS RELEASED FROM THE CHAIR AND MOVED TO CELL #329 IN AMBULATORY RESTRAINTS. DURING MY TERM IN CELL #322 (IN RESTRAINT CHAIR, AROUND 5PM ON 5/28 TO 7:30 AM ON 5/29/21), I WAS REPEATEDLY ASSAULTED BY NURSES (C. WIEMERA AND V. GARCIA), BY LT. K. DUGDALE, AND BY OFFICERS (NAVARRO, A. GRUNWALD, M. GASTON, A. JONES, AND OTHER UNKNOWN OFFICERS). I WAS DENIED FOOD AND USE OF TOILET. LT. K. DUGDALE STATED "USE THE BATHROOM ON YOURSELF, THAT IS THE WHOLE PURPOSE OF THE CHAIR") I REPEATEDLY REQUESTED MEDICAL ATTENTION FOR INJURIES TO MY LEFT EYE, BROKEN TEETH, FRACTURED WRIST, ET CETERA. I WAS DENIED MEDICAL TREATMENT AND ORDERED TO "FILL-OUT A 'SICK-CALL' FORM ONCE OUT OF THE CHAIR". LT. K. DUGDALE STATED THAT I WOULD NOT HAVE BEEN IN THE CHAIR IF I HAD ASSAULTED INMATE (DEMONTRAY WARD) AS ORDERED BY LT. K. DUGDALE. ON 5/29/21, I WAS MOVED INTO CELL #319 WITH DEMONTRAY WARD.

5

Revised 9/2007

* STATEMENT MADE UNDER PENALTY OF PERJURY (28 U.S.C. §1746). *

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(COMPENSORYB PUNITIVE DAMAGES)

BENCH TRIAL (DEMANDED) AND $500,000.⁰⁰ IN DAMAGES, ATTORNEY FEES, AND REFER EVIDENCE OF VIOLATION OF CRIMINAL STATUTES TO OFFICE OF INSPECTOR GENERAL (OF D.O. JUSTICE) AND ALSO OFFICE OF INTERNAL AFFAIRS (OF DEPT. OF JUSTICE) AS PART OF CRIMINAL INVESTIGATION(S) AND ULTIMATELY PROSECUTION(S).

**VI.     The plaintiff demands that the case be tried by a jury.**   ☒ YES     ☐ NO

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 5ᵗʰ day of OCTOBER, 20 23

5) Oceanus Perry
(Signature of plaintiff or plaintiffs)

OCEANUS PERRY
(Print name)

#65754-061
(I.D. Number)
U.S. PENITENTIARY - COLEMAN 1

P.O. BOX 1033

COLEMAN, FLORIDA 33521
(Address)

6                                                    Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

To: Judge I.
(U.S.D.C., N.I

From: Oceanus Perry
(C/O #65754-061
S.M.U. THOMSON



Re: REQUEST IMM          INJUNCTION (DOCUMENT SEIZURE & PROPERTY
DESTRUCTION); CASE NO. 21-CV-50246.

JUDGE IAIN D. JOHNSTON,

I request an immediate injunction to halt the continued violation of my constitutional rights. To be specific, my legal documents (related to case # cited above) have been seized, unlawfully, in an obvious plot to ~~both~~ hinder my filing civil litigation. Nurse C. Bung, and Officer M. Gaston, Lt. K. Dugdale, and Officer Q. Barker have conspired to prevent me from filing and or continuing seeking legal redress for injuries I have suffered. (I requested court intervention previously when above named staff threatened reprisals). My documents related to my 5/22/21 claims have been seized as well as my 5/28/21-5/29/21 tort claim have been destroyed. Further, I have filed F.O.I.A. request to N. Central Regional Office and F.B.O.P. Central Office (to replace my documents) which were filed/recorded, but received non-response. Please help!

* Statement made under penalty of perjury (28 U.S.C. § 1746). *

(s) OCEANUS PERRY (PRO SE)

DATE: MAY 1, 2022

## § 285. Taking or using papers relating to claims

Whoever, without authority, takes and carries away from the place where it was filed, deposited, or kept by authority of the United States, any certificate, affidavit, deposition, statement of facts, power of attorney, receipt, voucher, assignment, or other document, record, file, or paper prepared, fitted, or intended to be used or presented to procure the payment of money from or by the United States or any officer, employee, or agent thereof, or the allowance or payment of the whole or any part of any claim, account, or demand against the United States, whether the same has or has not already been so used or presented, and whether such claim, account, or demand, or any part thereof has or has not already been allowed or paid; or

Whoever presents, uses, or attempts to use any such document, record, file, or paper so taken and carried away, to procure the payment of any money from or by the United States, or any officer, employee, or agent thereof, or the allowance or payment of the whole or any part of any claim, account, or demand against the United States--

Shall be fined under this title or imprisoned not more than five years, or both.

USCS     1

© 2013 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

42 U.S.C.

§ 1981.     Equal rights under the law

(a) **Statement of equal rights.**   All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

(b) **"Make and enforce contracts" defined.**   For purposes of this section, the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship.

(c) **Protection against impairment.**   The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

(R.S. § 1977; Nov. 21, 1991, P. L. 102-166, Title I, § 101, 105 Stat. 1071 .)

**HISTORY; ANCILLARY LAWS AND DIRECTIVES**

**Explanatory notes:**

This section was based upon Act May 31, 1870, ch 114, § 16, 16 Stat. 144.

This section formerly appeared as 8 USCS § 41.

Similar provisions were contained in Act April 9, 1866, ch 31, § 1, 14 Stat. 27.

**Amendments:**

USCS                                        1

© 2018 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

11732018





# NOTICE     NOTICE

On June 9, 2004 the United States Supreme Court affirmed the fact that prison guards and officials can be held personally liable for retaliatory or harassment searches leaving an inmate's living area in disarray See Scher vs. Engelke, 943 F2d 921 (8th Cir. 1991). cert. Denied, --U.S.--, 112 S. Ct. 1516, 177 L.ed. 652 (1992). Scher held that the scope of Eighth Amendment Protection is broader that mere infliction of physical pain.

## PRISON GAURDS AND OFFICIALS

You have now been given notice of clearly established law and Constitutional Rights. Retaliation and Harassment are Illega !!! Respect and Professionalism is Required. After your shakedown of this living area, Please leave it in the condition you found it.

The center for Constitutional Rights and Justice.
Copies are Provided Free

**TAMMY DUCKWORTH**
ILLINOIS

**COMMITTEES**

ARMED SERVICES

COMMERCE, SCIENCE,
AND TRANSPORTATION

FOREIGN RELATIONS

SMALL BUSINESS
AND ENTREPRENEURSHIP

# United States Senate

June 6, 2023

Mr. Oceanus Perry 65754-061
PO Box 1033
Coleman, FL 33521

Dear Mr. Perry,

Thank you for contacting the Office of U.S. Senator Tammy Duckworth to request assistance with your issue. Your letter has been forwarded to my attention so that I may assist you.

For the BOP to release any information to us regarding your issue, they require a signed privacy release. I have enclosed a partially completed form for our office using the information you sent in your correspondence.

Before we can make any formal inquires, however, you need to have already pursued action through the Administrative Remedies Program. Our office can only get involved once you have followed that process and either been unsuccessful in your attempts to resolve the problem, or believe that your path to that program has been obstructed. It is imperative that you follow everything as directed, including starting your complaint at the institutional level. When you return the form to us, please make sure to include a narrative history of your complaints along with copies of the forms that you completed and have had returned.

Please return your documents to:

Office of Senator Tammy Duckworth
8 South Old State Capitol Plaza
Springfield, IL, 62701

Again, thank you for contacting Senator Duckworth. We look forward to assisting you.

Sincerely,

James McKean
Staff Assistant
Office of Senator Tammy Duckworth
8 South Old State Capitol Plaza
Springfield, IL 62701

SUITE 524
HART BUILDING
WASHINGTON, DC 20510
(202) 224-2854

SUITE 3900
KLUCZYNSKI FEDERAL BUILDING
230 S. DEARBORN STREET
CHICAGO, IL 60604
(312) 886-3506

8 SOUTH OLD STATE CAPITOL PLAZA
SPRINGFIELD, IL 62701
(217) 528-6124

EURMA C. HAYES CENTER
441 EAST WILLOW STREET
CARBONDALE, IL 62901
(618) 319-6710

SUITE 2
1823 2ND AVENUE
ROCK ISLAND, IL 61201
(309) 606-7060

SUITE 450
23 PUBLIC SQUARE
BELLEVILLE, IL 62220
(618) 722-7070



# TAMMY DUCKWORTH
## U.S. SENATOR FOR ILLINOIS

## Other Assistance

**8 South Old State Capitol Plaza**
**Springfield, IL 62701**
**Fax: 217-528-7043**

## Your Information

**Name:**
Mr. Oceanus Perry
(#65754-061)

**Address:**
P.O. Box 1033 Coleman, FL 33521

**Have you contacted another Congressional office regarding this matter?**
No

**Would you like to designate another person with whom we may discuss the details of your case?**
No

## What Can I Assist You With?

Other

## Case Information

**Name of Agency:**
BOP

**Reference Number:**
65754-061

## Description Of Request:

I have 5 boxes 18 in. by 18in. that are currently being held in USP Thomson containing my belongings. They have been held in Thomson storage since 03/15/22 and again since 04/26/22. I would like to know where my belongings are and if they are in the process of being shipped to me.

**I am aware that provisions of the Privacy Act of 1974 (Public Law 93-579) may prohibit the release of information in covered agency files without my consent. I hereby give my consent for any applicable federal agency(ies) to release such information to the Office of United States Senator Tammy Duckworth and/or members of her staff in connection with my case or claim.**

**Signature:** _____

**Date:** ____/____/____

My office must receive a signed copy of this form before we can assist you.

Once you have printed and signed the PDF, please submit the Privacy Act Release Form and any additional documents relevant to your case via the below email address, fax number or mailing address. Thank you and I look forward to assisting you.

**Please submit your signed Privacy Act Release Form and documents via your preferred method:**



# FCC Coleman

## USP-1 Coleman

## Modified Operations & Visiting

On July 5, 2023, USP-1 was placed on Secured Status. Moving forward on Monday, August 14, 2023, USP-1 will transition to modified operations. Accordingly, Monday August 14, 2023, through Tuesday, August 15, 2023, half of the unit (top tier or bottom tier) will be released to the common areas for two-hour durations. One group will be released in the morning, and one group will be released in the afternoon. The noon meal will be satellite fed. At this time, you will have access to the inmate telephone and public messaging service. On Wednesday, August 16, 2023, through Sunday, August 20, 2023, the entire unit (top tier and bottom tier) unit will be released to the common areas for the entire day, during the day watch shift. The noon meal will be served grab and go. Inmates will be secured in their assigned cell every day at 3:30 p.m. and will remain secured until the following morning. On Monday, August 21, 2023, USP-1 will resume to normal operations. Your cooperation is not only appreciated but expected.

Visiting procedures will resume on Saturday, August 19, 2023.

Commissary will resume on August 21, 2023, at the normal $90.00 dollar limit.

_Shannon D. Withers, Complex Warder_  Shannon D. Withers, Complex Warden

8-11-23  Date



# FCC Coleman

## USP-1 Coleman

## Enhanced Modified

## Operations

Due to a recent incident, the facility has been placed on enhanced modified operations. Accordingly, there will be many operational phases to conduct, which will aid in determining when the facility can safely return to normal operations. Adherence to staff directives during this time is paramount. Your cooperation is not only appreciated but expected.

_____

Shannon D. Withers, Complex Warden

9-13-23

Date



### FCC Coleman

### USP-1 Coleman

### Modified Operations, Normal Operations, Visiting, and Commissary

This serves as a notification to the inmate population (USP-1) regarding modified operations, normal operations, visiting, and commissary.

On Tuesday, September 19, 2023, the institution will transition into modified operations phase. Accordingly, on Tuesday, September 19, 2023, and Wednesday, September 20, 2023, half of the unit (top tier or bottom tier) will be released to the common areas, beginning at approximately 8:30 a.m., until 10:30 a.m., at which time, you will be secured in your assigned cell until the completion of the noon meal. Again, after the noon meal, half of the unit (top tier or bottom tier) will be released to the common areas, beginning at approximately 12:30 p.m., until 2:30 p.m., at which time, you will be secured in your assigned cell for the remainder of the evening.

On Thursday, September 21, 2023, and Friday, September 22, 2023, the entire unit (top tier and bottom tier) will be released to the common areas, beginning at 8:30 a.m., until 10:30 a.m., at which time, you will be secured in your assigned cell until the completion of the noon meal. Again, after the noon meal, the entire unit (top tier and bottom tier) will be released to the common areas, ending at 3:30 p.m., at which time, you will be secured in your assigned cell for the remainder of the evening. During out-of-cell time, you will have access to the showers, inmate telephone and public messaging service.

Again, during the modified operations phase, all meals will be satellite fed.

Over the course of the weekend, Saturday, September 23, 2023, and Sunday, September 24, 2023, the institution will be secured, and you will remain/secured in your assigned cell and all meals will be satellite fed.

On Monday, September 25, 2023, the institution will return to normal operations and the morning meal will be fed in the dining hall.

Commissary shopping will commence on Monday, September 25, 2023, and the commissary spending limit will be $90.00.

Visiting procedures will resume on Saturday, September 30, 2023.

Your cooperation is not only appreciated but expected.

Shannon D. Withers, Complex Warden                    9-18-23

Date

{INMATE COPY}

TO: F.B.O.P. - DIRECTOR (Mrs. C.S. Peters)
320 First St., N.W. / Wash, D.C. 20534

FROM: Oceanus Perry (c/o #65754-061)    } FORWARD TO: U.S. PEN-
ADMIN / SMU. Thomson, IL 61285 JTERRE HAUTE, IN → C2.#222

RE: F.O.I.A. REQUEST ; TORT CLAIM (TRT-NCR-2022-03593).

DIRECTOR PETERS,

I, Oceanus Perry (#65754-061), HEREIN "REQUESTOR", DO
NOW MAKE THIS FORMAL REQUEST FOR FULL DISCLOSURE OF INFO.
UNDER F.O.IA & PA STATUTES (i.e. Title 5 §§ 552, 552(a)) FOR
ALL INFO REGARDING TORT (ABOVE).
    SPECIFICALLY, THIS REQUEST FOR INFO. INCLUDES, BUT IS
NOT LIMITED TO THE FOLLOWING: (1) ORIGINAL TORT (TRT-NCR-
2022-03593) FILING ; (2) GOVERNMENT'S REPLY (IF ANY, IF NO
REPLY GIVEN, STATE IN WRITING) ; AND (3) ALL F.BOP MEMO.S .
    NOTICE IS GIVEN THAT THE REQUESTED INFO. IS NOT EXEMPT UNDER
5 § 552.(b),(j) AND REQUESTOR AUTHORIZES YOUR OFFICE TO ACCESS
ANY FILES (LOCATED AT OTHER DEPT, AGENCIES, etc.) TO COMPLETE F.O.I.A.
* REQUESTOR MADE ABOVE STATMENT UNDER PENALTY OF PERJURY.*

(S) Oceanus Perry (c/o #65754-061)        DATE DONE: 3/17/23.
    (REQUESTOR)

\* F.O.I.A. (REQUEST) \*

[INMATE COPY]

To: REGIONAL COUNSEL (MARY A. NOLAND)
F.B.O.P. - NORTH CENTRAL REGIONAL OFFICE / 400 STATE AVE. - TOWER II, SUITE 800 - KANE, KS 66101

FROM: INMATE (OCEANUS PERRY, %o #65754-061)
ADMIN, U.S. PEN - THOMSON / P.O. BOX 1002 / THOMSON, IL 61285

RE: REQUEST FOR FULL DISCLOSURE OF INFO.; TORT CLAIM # TRT-NCR-2022-03593.

DEAR ATTORNEY NOLAND,

   I, OCEANUS PERRY, HEREIN "REQUESTOR", NOW MAKE THIS FORMAL REQUEST FOR FULL DISCLOSURE OF ALL INFORMATION REGARDING THE FEDERAL TORT CLAIM (FORM-95, "SERIOUS INJURY AND DAMAGES") I FILED IN YOUR REGIONAL OFFICE AND YOU ACKNOWLEDGED RECEIPT OF IN YOUR "3-29-2022" CORRESPONDANCE. (TO DATE, 9/10/22, I STILL HAVE NOT RECEIVED A REPLY FROM THE GOVERNMENT). THIS INFORMATION REQUEST IS MADE ACCORDING TO TITLE 5 U.S. CODE, SECTION(S) 552 AND 552(a).

   IN PARTICULAR, THIS REQUEST INCLUDES, BUT IS NOT LIMITED TO THE FOLLOWING: (1) GOVERNMENT REPLY/RESPONCE (TO TRT-NCR-2022-03593); (2) COPY OF ORIGINAL TORT FILED IN N.C.R. OFFICE (AND ATTACHMENTS TO TORT); AND (3) ALL INTER-OFFICE (NCRO) AND OR F.B.O. PRISONS MEMORANDUMS, E-MAILS OR OTHER COMMUNICATIONS REGARDING TRT-NCR-2022-03593.

   NOTICE IS HEREBY GIVEN THAT THE REQUESTED DOCUMENTS ARE NOT EXEMPT UNDER 5 §552(b) OR (j) AND 'REQUESTOR' AGRESS TO PAY ANY FEES INCURED IN THE COMPLETION OF THIS REQUEST (NOT WAIVED UNDER STATUTE, i.e., EXCESS OF 100 PAGES).

\* I, OCEANUS PERRY, REQUESTOR, AFFIRM STATEMENT IS TRUTHFUL AND MADE UNDER THE PENALTY OF PERJURY (TITLE 28 US CODE, SECTION 1746 AND 18 U.S.C. § 1001).

(s) Oceanus Perry (%o #65754-061)
— REQUESTOR —

DATE DONE: SEPT. 10, 2022.

TO WHOM IT MAY CONCERN,

I, _____ [NAME] , WOULD LIKE TO SUBMIT THIS FORMAL COMPLAI REGARDING VIOLATIONS OF MY CONSTITUTIONAL RIGHTS BY THOMSON STAFF.

SPECIFICALLY, I AM BEING HOUSED UNDER ILLEGAL CONDITIONS IN THOMSON'S "G-3" HOUSING UNIT. THE CONDITIONS ARE ILLEGAL BECAUSE THEY INVOLVE SENSORY DEPREVATION AND ARBITRARY AND CAPRICIOUS PUNISHME G-3 UNIT CONDITIONS AMOUNT TO TORTURE AND/OR CRUEL AND UNUSAL PUNISHME WHICH ARE VIOLATIONS OF MY 8TH AMENDMENT TO THE CONSTITUTION RIGHT. EVERY CELL IN G-3 UNIT HAS A "FLAP"/METAL COVERING OVER THE DOOR WINDOW AND THE CELL'S BACK WINDOW FACING OUTSIDE IS FROSTED OVER SO INMATES CANNOT SEE OUTSIDE. THEREFORE, INMATE'S ARE DENIED ALL HUMAN INTERACTION BESIDES THEIR CELLMATE AND CANNOT TELL WHETHER IT IS NIGH OR DAY. PSYCHOLOGICAL STUDIES HAVE SO PROVEN THAT THESE CONDITIONS CAUSE MENTAL ILLNESS IN INMATES. LASTLY, SUPERVISORY AND ADMINISTRATIVE STAFF WARDEN ANDREW CJOLLI, JR. AND ASSOCIATE WARDEN DAVID ALIZER, CAPTAIN AVERY, DEPUTY CAPTAIN JUSTIN LEONOWICZ, LT. R.DUGDALE, AND UNIT MANAGER K. SMEDDY, HAVE ASSIGNED KNOWN PROBLEMATIC STAFF (D.SWARD, J.DOLS, SWARTZ, J.VERNARD, D. MARTINEZ, AND A.GRUNWALD) TO WORK AND ESCORT INMATES IN G-3 UNIT WITH THE XPRESSED INTENT TO ANTAGONIZE, TARGET, ASSAULT, AND DESTROY THE PROPERTY OF G-3 INMATES. RACIAL MOTIVATIONS FOR STAFF'S CONDUCT CAN BE SEEN BY 90% BLACK INMA

THE CONDITIONS DESCRIBED ABOVE VIOLATE THE "CIVIL RIGHTS OF INCARCERATED ERSON'S ACT", "AMERICAN'S WITH DISABILITIES ACT", TITLE 18 U.S.CODE SECTION 4042(a) TITLED DUTIES OF B.O.P., B.O.P. PROGRAM STATEMENT(S) 3420.11-STANDARD3 OF EMPLOYEE CONDUCT, NATURE OFFENSE #16, #18, #23, #56, 5800.12-CORRECTIONAL OFFICERS MANUAL, AND 1210.24 INTERNAL FFAIRS, OFFICE OF. ⟶ I REQUEST FULL INVESTIGATI___



**U.S. Department of Justice**
Federal Bureau of Prisons

North Central Regional Office

---

Office of the Regional Counsel

400 State Avenue
Tower II, Suite 800
Kansas City, KS 66101

03-29-2022

OCEANUS PERRY, #65754-061
USP THOMSON
P.O. BOX 1002
THOMSON, IL 61285

Re: Administrative Claim for Damages
Claim #:      TRT-NCR-2022-03593            $ 500,000.00

Dear Claimant:

This is to notify you of our receipt of your administrative claim for damages under provisions of the Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq., alleging liability of the United States Government.

Your claim was received on 03-15-2022. The above referenced Act provides that the agency has 6 months to make an administrative determination on your claim from the date such claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim, the government's response is not due until 09-14-2022.

Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.30.

Sincerely,
Mary A. Noland
Regional Counsel

Inmate (Rodney DeLaBoin)
Reg. No: 60217-060
U.S. Pen. Coleman 1

— DECLARATION (of 5/28/2021 Events) —

On or around May 28, 2021, at approximately 3pm, I observed Inmate DeMontray Ward being escorted to cell #319 in F-3 housing unit. Shortly thereafter, Lt. K. Dugdale walked up to cell #319 and stated to Inmate Ward that Dugdale wanted Ward to move into the cell with Inmate Oceanus Perry. Inmate Ward had a reputation for fighting all of the inmates that were placed in his cell.

Approximately 3:30pm Lt. K. Dugdale escorted Ward to Perry's cell, #321, but Ward did not enter Perry's cell and remained in the upper-tier showers. Around 4:30pm Lt. J. Marquez and Officers (A. Jones, A. Smith, and Venard.) were part of C.E.R.T team and extracted Perry from cell #321. Perry was taken in the sallyport (corridor) of F-unit. I heard a noise two seperate times while Perry and C.E.R.T. team were in the corridor. Next, Perry was placed in the "pro-straint" restraint chair and rolled into cell #322. I overheard Perry yell to another inmate in the unit that Lt. K. Dugdale ordered C.E.R.T. officers to "slam" Perry on his face twice while in the corridor and that Perry was "hurt", but the nurse was refusing Perry medical treatment.

(1 of 2, turn over)

The next day, 5/20/2021, Lt. K. Dugdale placed Perry's property in Ward's cell, #319, and then escorted Perry into cell #319 and Dugdale remained in the cell with Ward and Perry for approximately one minute before exiting the cell and then standing at the cell door and staring through the window of the cell door for several seconds before leaving the housing unit.

I.) Rodney DeLaBoin, hereby affirm that the aforegoing statement was true, correct, and complete to the best of my knowledge and belief, under penalty of perjury, see Title 28 U.S. Code, Section 1746.

(s) _____
RODNEY DELABOIN

DATE: 9/5/23

(2 of 2, End)

INMATE (RODNEY DELABOIN)
REG. No. 60217-060
USPEN. COLEMAN 1

Rodney DelaBoin

v.

S.M.U, THOMSON STAFF:
WARDEN (GONZALES);

## — DECLARATION —

I, Rodney DeLaBoin, being of sound mind, do now knowingly depose and state the following:

On or around May 26, 2021, I observed Inmate Oceanus Perry being escorted into F-3 unit where I was being housed (in cell #303). Officer M. Gaston and Psychology Treatment Specialist P. McClain escorted Perry, and his property, to cell #308 which housed a mentally disturbed inmate whom was known to fight all of his cellmates. I later heard Lieutenant K. Dugdale scream "you fight all of your 'cellies'. What makes Perry so different?" It was appearent that the inmate refused Perry into cell #308. Then, Officer M. Gaston seized Perry's net-bag containing Perry's property and stated "you're on property restriction". Next, Perry was placed into cell #321. Lt. K. Dugdale screamed at Perry "you've got nothing coming!" before leaving F-3 unit. After 4pm security count, Perry

(1 of 2, turn over)

was moved to the upper-tier in cell #332.

I, Rodney DeLaBoin, hereby affirm that the aforegoing statement was true, correct, and complete to the best of my knowledge and belief, under penalty of perjury, see Title 28 U.S. Code, Section 1746.

(S) _____  DATE: 9/5/23

RODNEY DELABOIN

( 2002, End )

OCEANUS PERRY (#65754-061)
U.S.P.-COLEMAN 1 / BOX 1033
COLEMAN, FLORIDA 33521

Oceanus Perry
_claimant_
V.                                    }  SS.

F.B.O.P.-(WARDEN GONZALES; S.IS LT. J.
WHALDEN; LT. J. MARQUEZ; LT. K. DUGDALE;
OFC.-J. VENARD; OFC. A. SMITH; OFC. A. JONES;     AFFIDAVIT OF NON-COMPLIANCE,
OFC. - NAVARRO; AND OFC. - A. GRUNWALD).     REPRISALS, DESTRUCTION OF PROPERT &
_Tortfeasors._                                    DUE DILLIGENCE

"Indeed, No more than (Affidavits) is necessary to make the prima facie case".

I, Oceanus Perry, herein Claimant, hereby make the following factual statement related to Tort Claim #TRT-NCR-2022-03593:

1) That, I never received a reply/response to tort (TRT-NCR-2022-03593) from the Government and I made NCR aware of all address changes;

2) That, I filed two Freedom Of Information Act requests (9/10/22 & 3/17/23) to F.B.O.P. (Central Office) and NCR requesting all related tort documents;

3) That, I never received a response to my F.O.I.A. requests;

4) That, SMU Thomson staff (M. Gaston, A. Smith, Q. Barker & T. Hinder-eigh) seized my inmate property containing Tort (above) documents and also threatened me with assault if I continued to pursue Tort and civil suits against Thomson staff;

5) That, I made Judge Iain D. Johnston aware of reprisals (above) related to my tort claim in a letter and two request for injunctions which I filed via U.S.P.S. Certified Mail which were filed under 21-50246;

7) That, I requested a copy of factual allegations filed under 21-50246 but was denied by Clerk's office (on two occasions). [See Attachments as Exhib]

— Further Claimant Sayth Not. —

* Above Factual Statement made under penalty of perjury (28 U.S.C. §1746).
(s) Oceanus Perry (pro se)                    DATE EXECUTED: This 1ST DAY OF OCT 2023

Case: 3:23-cv-50414 Document #: 10 Filed: 05/23/24 Page 25 of 26 PageID #:72

Oceanus Perry
Register # 65754-061
Federal Correctional Complex -
    United States Penitentiary 1
P.O. Box 1033
Coleman, Florida 33521

CERTIFIED MAIL

7022 0410 0000 6630 4832

Clerk of Courts
United States District Court
Northern District of Illinois
375 $895 South Church Street
Rockford, Illinois 61101





LEGAL MAIL